**00–1537.   Warrach v. Warrach.**
Medina App. No. 3044–M. Reported at 90 Ohio St.3d 1467, 738 N.E.2d 380. On motion for reconsideration. Motion denied.

**00–1574.   Hauser v. Cleveland Cuyahoga Cty. Port Auth.**
Cuyahoga App. No. 77331. Reported at 90 Ohio St.3d 1472, 738 N.E.2d 383. On motion for reconsideration. Motion denied.

**00–1620.   Greyson v. Hamilton Cty. Coroner's Office.**
Hamilton App. No. C–000144. Reported at 90 Ohio St.3d 1468, 738 N.E.2d 381. On motion for reconsideration. Motion denied.

**00–1641.   State v. Holsinger.**
Fairfield App. No. 00CA06. Reported at 90 Ohio St.3d 1480, 738 N.E.2d 1253. On motion for reconsideration. Motion denied.

MOYER, C.J., not participating.

## MOTION DOCKET

**00–745.   Littrell v. Wigglesworth.**
Butler App. Nos. CA99–05–092 and CA99–08–141. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of the motion of *amicus curiae* Ohio Academy of Trial Lawyers to participate in oral argument scheduled for January 30, 2001,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellants.

**00–801.   Littrell v. Wigglesworth.**
Butler App. No. CA99–05–092. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County. Upon consideration of the motion of *amicus curiae* Ohio Academy of Trial Lawyers to participate in oral argument scheduled for January 30, 2001,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellants.